UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2018 JRT/RLE

| | | |
|---|---|---|
| JAMES AND LOUISE VANCAMP,<br><br>Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE CO., STEVEN HOPPE, UNITED STATES OF AMERICA acting through MEDICARE PART A,<br><br>Defendants. | ) | ORDER |

Upon application of Defendant United States of America, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant United States of America shall be, and hereby is, granted an extension of time to respond to the Amended Complaint of Plaintiff to January 4, 2002.

Dated: 11/13/01

RAYMOND L. ERICKSON
United States Magistrate Judge

4

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK