UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2018 JRT/RLE

| | |
|---|---|
| JAMES AND LOUISE VANCAMP,<br><br>Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE CO., STEVEN HOPPE, UNITED STATES OF AMERICA acting through MEDICARE PART A,<br><br>Defendants. | ORDER GRANTING ENLARGEMENT OF TIME TO ANSWER |

Upon the Motion fo the United States of America and the materials submitted in support thereof, and pursuant to the Stipulation Of Enlargement Of Time To Answer which is incorporated herein by reference, and for good cause shown,

IT IS HEREBY ORDERED that the United States of America shall have an extension of time to and including February 8, 2002, within which to interpose its response to the complaint.

Dated: 1/29/02

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge

(11)

FILED JAN 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK