UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

James and Louise Vancamp,

Plaintiffs,

vs. ORDER

Auto-Owners Insurance Co., Steven Hoppe, United States of America acting through Medicare Part A,

Defendants. Civ. No. 01-2018 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

To: Ralph F. Carter, Moosbrugger Dvorak & Carter, 311 4th Street South Suite 101, Grand Forks, ND 58201.

At Duluth, in the District of Minnesota, this 11th day of April, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated in Minnesota State Court by the filing of a Complaint with the Ninth Judicial District. It was removed by a Defendant on November 5, 2001. It now appears that one hundred and twenty (120) days have passed since this case was

APR 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

14

removed to Federal Court, and the Defendant Steven Hoppe ("Hoppe") has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated on Hoppe. In the absence of good cause shown, the Court shall Recommend that this action be dismissed, as it relates to Hoppe, for failure to effect proper service upon the Defendant, and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE