UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

James and Louise Vancamp,

Plaintiffs,

vs. REPORT AND RECOMMENDATION

Auto-Owners Insurance Co., Steven Hoppe, and United States of America acting through Medicare Part A,

Defendants. Civ. No.01-2018 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 6th day of May, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on November 5, 2001, by the removal of the action from Minnesota State Court. On April 11, 2002, it having appeared that one hundred and twenty (120) days had passed and the Defendant Steven Hoppe ("Hoppe") had not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure, this Court issued an Order, which stated as follows:

16

MAY 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated on Hoppe. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant, and for failure of prosecution.

Counsel for the Plaintiff advised the Court, on April 23, 2002, that the Plaintiffs do not intend to pursue cause of action against Hoppe, and thus do not intend to serve Hoppe. We consequently conclude that the case, as it relates to Hoppe, must be dismissed for failure to effect service of process, and for failure to prosecute.

WHEREFORE, it is --

RECOMMENDED:

That this action, as it relates to Steven Hoppe, be dismissed for failure to effect proper service, and for lack of prosecution.

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court,

and by serving upon all parties **by no later than May 23, 2002,** a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than May 23, 2002,** unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.