UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Civil No. 01-2018 JRT/RLE

| | | |
|---|---|---|
| JAMES AND LOUISE VANCAMP,<br><br>Plaintiffs,<br><br>v.<br><br>AUTO-OWNERS INSURANCE CO., STEVEN HOPPE, UNITED STATES OF AMERICA acting through MEDICARE PART A,<br><br>Defendants. | ) | ORDER OF DISMISSAL |

Pursuant to the Stipulation of Compromise Settlement and Release incorporated herein by reference,

IT IS HEREBY ORDERED as follows:

1. As to Defendant Auto Owners Insurance Company this action is dismissed with prejudice, each party to bear its own attorney's fees, costs, disbursements, and expenses.
2. The Complaint by the VanCamps against the United States of America is dismissed with prejudice, each party to bear its own attorney's fees, costs, disbursement, and expenses.
3. Nothing in this dismissal order shall bar any future claims by the United States of America against the Plaintiffs.

March 10, 2003

John R. Tunheim

JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT JUDGE

FILED MAR 12 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Civil No. 01-2018 JRT/RLE

| | |
|---|---|
| JAMES AND LOUISE VANCAMP,<br><br>Plaintiffs,<br><br>v.<br><br>AUTO-OWNERS INSURANCE CO., STEVEN HOPPE, UNITED STATES OF AMERICA acting through MEDICARE PART A,<br><br>Defendants. | STIPULATION OF COMPROMISE SETTLEMENT AND RELEASE OF CLAIMS |

The parties, James and Louise VanCamp ("Plaintiffs"), Auto-Owners Insurance Co. ("Auto-Owners"), and the United States of America acting through the Secretary of Health and Human Services and the Center for Medicare and Medicaid Services ("United States"), hereby stipulate through their respective undersigned counsel as follows:

1. Plaintiffs commenced this action in the Polk County District Court of Minnesota by filing a Summons and Complaint dated September 21, 2001.

2. Plaintiffs later amended the Polk County District Court action to add the United States of America acting through Medicare Part A ("the United States") by filing an Amended Summons and Complaint dated October 11, 2001.

3. On or about November 5, 2001, the United States removed this action to the United States District Court for the District of Minnesota.

FILED MAR 07 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. On February 24, 2000, James VanCamp was involved in an accident in Prescott Valley, Arizona.

5. The other driver's insurance company, Continental Insurance Company, paid its $100,000 limit in liability coverage directly to the VanCamps instead of to Medicare.

6. The VanCamps had an automobile insurance policy of their own with Auto-Owners for the policy term of November 25, 1999 - May 25, 2000, which provided $500,000 in underinsured motorist coverage.

7. As of January 3, 2003, Medicare had conditionally paid benefits for Mr. VanCamp's care of $145,836.27, and it is entitled to be repaid from his insurance proceeds.

8. Auto-Owners is willing to pay the $500,000 in underinsured benefits but wants a release from any further claims by either the VanCamps, its insureds, and the United States.

9. The United States is entitled to be paid the $145,836.27 Medicare conditionally paid in benefits to James Van Camp in connection with injuries sustained in the February 24, 2002 accident. Both the VanCamps and Auto-Owners want Medicare paid from the $500,000 in underinsured policy benefits.

**THEREFORE,** the parties further stipulate:

1. Auto-Owners shall pay $500,000 as follows:

   a. Auto-Owners shall issue a check in the amount of $145,836.27 payable to Medicare and showing the name

"James Van Camp" and Mr. Van Camp's Medicare Number, HICN 502185390A. Auto-Owners shall send the check to the U.S. Attorney's Office c/o of the Financial Litigation Unit, 300 South Fourth Street, Minneapolis, Minnesota, 55415.

b. Auto-Owners shall issue a check in the amount of $354,163.73 payable to James and Louise VanCamp and their attorney Ralph F. Carter of Moosbrugger, Carter & McDonagh, PLLP.

2. James and Louise VanCamp and the United States shall execute separate releases in favor of Auto-Owners agreeing to release it from all future claims relating to the February 24, 2000, accident.

3. Neither the United States, Auto-Owners, James VanCamp, nor Louise VanCamp intend to release the Continental Insurance Company (or its successors or assigns including CNA Personal Insurance and Encompass Insurance Company) or any other person for any liability such other person or entity may have with respect to the accident of January 24, 2000. The United States specifically reserves the right to pursue any claims it may have against Continental Insurance Company or its successors or assigns including CNA Personal Insurance and/or Encompass Insurance Company for failure to protect the Medicare interest or otherwise.

4. James Van Camp and Louise Van Camp, through their undersigned representative who is authorized to execute this stipulation and release on their behalf, do forever discharge Medicare, its agents, successors, and assigns from any liability for payment for claims related to the accident which occurred on or about February 24, 2000, and do specifically waive any and all rights to appeal, waiver, or further compromise Medicare's interest in claims for items or services related to said accident. Medicare has no liability or obligation to pay for any services related to said accident that were furnished before the date of this release and which the beneficiary did not specifically identify to Medicare in writing before this release was executed.

IT IS SO STIPULATED.

DATE: 2.10.03

[signature]

By: Ralph F. Carter, MN ID 134910
For: Moosbrugger, Carter & McDonagh, PLLP
311 South 4th Street, Suite 101
Grand Forks, ND 58201-4782

Attorneys for Plaintiffs

DATE: 2/12/03

By: Timothy P. Tobin, MN ID 127887
For Gislason & Hunter, LLP
PO Box 5297
Minnetonka, MN 55343-2297

Attorneys for Auto-Owners Insurance Company

DATE: 3/3/03

Thomas B. Heffelfinger
United States Attorney

By: Friedrich A. P. Siekert
Assistant U.S. Attorney
Attorney ID No. 142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for the United States